2016-0494 (La. 5/2/16)

**Cynthia BRIDGES, Secretary of the Louisiana Department of Revenue for the State of Louisiana**

v.

**KENNETH P. and Margaret L. Bullock**

NO. 2016-C-0494

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Union, 3rd Judicial District Court Div. B, No. 44873; to the Court of Appeal, Second Circuit, No. 50,297-CA

Denied.

2016-0496 (La. 5/2/16)

**STATE of Louisiana**

v.

**Calvin KING**

NO. 2016-KK-0496

Supreme Court of Louisiana.

May 2, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. I, No. 524-884; to the Court of Appeal, Fourth Circuit, No. 2015-K-1329;

IN RE: Calvin King;—Defendant;

Denied.

2016-0498 (La. 5/2/16)

**REGIONS BANK, L. Frank Moore and Don Jones, Co-Trustees of the Trust Created Under the Last Will and Testament of Annie Lowe Stiles and Regions Bank, Trustee for the Trust Created Under the Last Will and Testament of Edward P. Stiles**

v.

**QUESTAR EXPLORATION & PRODUCTION CORPORATION, Centerpoint Energy Gas Transmission Company, and Exxon Mobil Corporation**

NO. 2016-C-0498

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Caddo, 1st Judicial District Court Div. C, No. 514,607; to the Court of Appeal, Second Circuit, No. 50,-211-CA

Denied.